# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD ZAWICKI, | : | No. 3:16cv453 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| MERWIN ARMSTRONG, | : | |
| JOEL THOMAS BARNEY, | : | |
| individually and d/b/a | : | |
| BARNEY TRUCKING and | : | |
| BARNEY TRUCKING, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 1st day of May 2017, the defendants' motion for partial summary judgment (Doc. 17 ) is hereby **DENIED**.

BY THE COURT:


s/ James M. Munley

**JUDGE JAMES M. MUNLEY**
**United States District Court**